**NIGHT BOX FILED**

JUL -8 1996

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 95-2037-CIV-LENARD

MAGISTRATE JUDGE GARBER

AIR CANADA, INC., DELTA AIR
LINES, INC., TRANS WORLD
AIRLINES, INC., UNITED
AIRLINES, INC., and USAIR, INC.,

    Plaintiffs,

vs.

DADE COUNTY, a political
subdivision of the State
of Florida, and AMERICAN
AIRLINES, INC.,

    Defendants.
_____/

**NOTICE OF FILING AFFIDAVIT
OF CHARLES STIPANCIC, JR. IN
SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT AND IN
OPPOSITION TO DEFENDANT,
DADE COUNTY'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

    Plaintiffs, Air Canada, Delta Air Lines, Inc., Trans World Airlines, Inc., United Air Lines, Inc., and USAir, Inc., in support of their Motion for Summary Judgment on Count V of the Amended Complaint, and in response to the defendant Dade County's Motion for Partial Summary Judgment, file this notice of filing the affidavit of Charles Stipancic, Jr. Said affidavit was filed yesterday with the aforementioned motion and memoranda.

    Respectfully submitted,

COLL DAVIDSON CARTER SMITH SALTER
  & BARKETT, P.A.
Counsel for Plaintiffs
3200 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131-2312
(305) 373-5200
(305) 374-7496 Fax

By: _____
Christopher N. Johnson
Florida Bar No. 69329

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was delivered by mail this ___9___ day of July, 1996 to the parties on the attached service list.

_____
Christopher N. Johnson

## CERTIFICATE OF SERVICE

### *Air Canada, Inc., etc. v. Metropolitan Dade County, et al.*

Thomas P. Abbott, Esq.
Gail P. Fels
Assistant County Attorneys
Aviation Division
Miami International Airport
P.O. Box 592075 AMF
Miami, FL 33159

Alvin B. Davis, Esq.
Steel Hector & Davis
200 S. Biscayne Boulevard
Miami, FL 33131-2398

123372