UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-2037-CIV-LENARD

AIR CANADA, INC.,
DELTA AIR LINES, INC.,
TRANS WORLD AIRLINES, INC.,
UNITED AIRLINES, INC., and
USAIR, INC.,

    Plaintiffs,

vs.

DADE COUNTY, a political
subdivision of the
State of Florida, and
AMERICAN AIRLINES, INC.,

    Defendants.
_____/

FILED by _____ D.C.

DEC 2 6 1996

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. It is hereby

**ORDERED AND ADJUDGED** that all of the motions now pending in this case shall be **DENIED** as moot, given the Court's order entered November 7, 1996 (DE303). The Clerk shall terminate all motions now pending on the docket forthwith.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 26 day of December, 1996.

                JOAN A. LENARD
                UNITED STATES DISTRICT JUDGE

cc:  Barry R. Davidson, Esq.
     Thomas P. Abbott, Esq.
     Alvin B. Davis, Esq.
     Magistrate Judge Barry L. Garber
     Theodore Klein, Esq.