UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| AIR CANADA, INC., DELTA AIR LINES, INC., TRANS WORLD AIRLINES, INC., UNITED AIRLINES, INC., USAIR, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>DADE COUNTY, a political subdivision of the State of Florida, and AMERICAN AIRLINES, Inc.,<br><br>Defendants. | CASE NO. 95-2037-CIV-Lenard<br><br>MAGISTRATE JUDGE TURNOFF<br><br><br>Notice of Settlement and of Withdrawal by MIAMI-DADE COUNTY and AMERICAN AIRLINES of their Motions to Tax Cost |

Pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, Rule 7.3 of the Local Rules for the Southern District of Florida, and 28 U.S.C. § 1920, Defendants Miami-Dade County, formerly known as Dade County, and American Airlines moved to tax costs against the Plaintiffs in this action after Summary Judgment on the remaining issues in this case was granted in favor of the Defendants.

Three of the Plaintiffs in this action filed an appeal to the Eleventh Circuit Court of the Summary Judgments entered in this cause. The parties to the appeal have entered into a settlement of their dispute both in the District Court and in the Eleventh Circuit Court of Appeals as detailed in the Joint Motion of the Plaintiffs and Defendants for Stay on Amended Motions to Tax Costs, filed with the Court on December 28, 1999. That

settlement provides that the Motions to Tax Costs shall be withdrawn and each party shall bear its own costs.

The Defendants hereby give notice of the withdrawal of their Respective Amended Motions to Tax Costs in this action.

Respectfully submitted,

| ROBERT A. GINSBURG | STEEL HECTOR & DAVIS, LLP |
| DADE COUNTY ATTORNEY | Counsel for Defendant American Airlines, Inc. |

By: /s/ Gail P. Fels
Gail P. Fels
Assistant County Attorney
Florida Bar No. 092669
Counsel for Miami-Dade County
Aviation Division
Miami International Airport
P.O. Box 592075 AMF
Miami, Florida 33159
Telephone (305) 876-7040
Fax No.(305) 876-7294

By: /s/ Alvin B. Davis
Alvin B. Davis, Esq.
Florida Bar No. 218073
William K. Hill, P.A.
Florida Bar No. 747180
200 S. Biscayne Boulevard
Miami, Florida 33131-2398
Telephone No. (305) 577-2835
Fax No. (305) 577-7001

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing Notice of Settlement and of Withdrawal by Miami-Dade County and American Airlines of their Motions to Tax Costs has been served by U.S. Mail this 24th day of February, 2000 upon:

Richard C. Smith, Esq.
Coll Davidson Carter Smith Salter & Barkett, P.A.
3200 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-2312

By: /s/ Gail P. Fels
Assistant County Attorney